# United States District Court
# For The Western District of North Carolina
# Charlotte Division

William Henry Coleman,

    Plaintiff(s),

vs.

United States of America,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:08cv582

DECISION BY COURT. This action having come before the Court by and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 1/7/09 Order.

Signed: January 9, 2009

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court